IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DANIEL RAY PATTERSON,                     *

               Plaintiff,            *

v.                                          Case No.  5:23-cv-00267-MTT-CHW

                                             *

WARDEN SCOTT WILKES,                      

                                           *

               Defendant.

_____          *

**J U D G M E N T**

      Pursuant to this Court's Order dated 4/24/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

      This 24th day of April, 2025.

                            David W. Bunt, Clerk

                            s/ Raven K. Alston, Deputy Clerk